IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHANDORA LEONA STEBBINS,

    Plaintiff,

v.                                    Case No. 1:17cv39-MW/GRJ

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 23. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner is **AFFIRMED**." The Clerk shall close the file.

**SO ORDERED** on March 17, 2018.

                                          s/Mark E. Walker    
                                          **United States District Judge**